WILLIAM L. WEBB, Appellant, *v.* STATE OF NEW YORK, Respondent.   (Claim No. 31734.)

Submitted January 3, 1956; decided January 5, 1956.

Motion for leave to prosecute appeal as poor person and for assignment of counsel granted and David G. Fellows, Esq., and James J. Barrett, Esq., 500 University Building, Syracuse, New York, assigned as counsel to appellant on the appeal herein.

MIRIAM B. ROSENFIELD, Respondent, *v.* EDWARD M. ROSENFIELD, Appellant.
MIRIAM B. ROSENFIELD, Respondent-Appellant, *v.* EDWARD M. ROSENFIELD, Appellant-Respondent.

Submitted January 3, 1956; decided January 5, 1956.

Motion by plaintiff's counsel for an order deferring the time for the exchange of briefs between defendant and plaintiff in the above-entitled appeals granted to the extent that the briefs are directed to be served within two days from the date of this order.

Motion by plaintiff for an adjournment of argument and for an extension of time to serve and file briefs denied.   [See 309 N. Y. 807; 309 N. Y. 863; 309 N. Y. 915.]